Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 21, 2015

Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Ogonna M. Brown, Esq. (NV Bar No. 7589)
Email: obrown@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:     702/791-0308
Facsimile:      702/791-1912
*Attorney for Gabriel Arcuri, Sr. (deceased);*
*Gary Arcuri, and Gage Arcuri*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-15-10585-ABL |
|---|---|

In re:

LOCUST HILL FARMS & DEVELOPMENT CORPORATION,

    Debtor.

Case No. BK-S-15-10585-ABL
Chapter 11

**ORDER GRANTING MOTION BY DEBTOR, TO: (I) APPROVE SETTLEMENTS PURSUANT TO FED. R. BANKR. P. 9019; AND (II) FOR VOLUNTARY DISMISSAL OF BANKRUPTCY CASE**

Date of Hearing:      September 9, 2015
Time of Hearing:      1:30 p.m.

Judge: Hon. August B. Landis

    This matter, having come before the Court for hearing on the Motion by Debtor: (I) to Approve Settlements Pursuant to Fed. R. Bankr. P. 9019; and (II) for Voluntary Dismissal of Bankruptcy Case [Dkt. No. 184] (the "Motion") filed by Scott D. Fleming, Esq. of the law firm of Armstrong Teasdale LLP on behalf of Locust Hill Farms & Development Corporation, a Nevada corporation ("Debtor"). Scott D. Fleming, Esq. appeared on behalf of the Debtor;

10589-01/1570596_2.doc

1   Ogonna M. Brown, Esq. of the law firm Holley Driggs Walch Fine Wray Puzey & Thompson

2   appeared on behalf of Gabriel Arcuri, Sr. (deceased), Gary Arcuri, and Gage Arcuri; and Brigid

3   M. Higgins, Esq. of the law firm of Black & LoBello appeared on behalf of McDonald's

4   Corporation. The Court having reviewed the Motion and exhibits, and the pleadings and papers

5   on file herein, and based upon the findings of fact and conclusions of law placed on the record at

6   the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy

7   Procedure, which incorporates by reference Rule 52 of the Federal Rules of Civil Procedures,

8   and good cause appearing, it is hereby

9        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Settlement

10  Agreement and Mutual Release between the Debtor and Gabriel Arcuri, Sr. (deceased), Gary

11  Arcuri and Gage Arcuri (the "Arcuris") ("Arcuri Settlement Agreement") attached to the Motion

12  as **Exhibit "A"** is approved pursuant to Fed. R. Bankr. P. 9019;

13       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Settlement

14  Agreement and Mutual Release between the Debtor, Children and Grandchildren as defined in

15  the Motion (the "Family Settlement Agreement") attached to the Motion as **Exhibit "B"** is

16  approved pursuant to Fed. R. Bankr. P. 9019;

17       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the above-

18  captioned case is hereby dismissed pursuant to 11 U.S.C. § 1112(b);

19       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon conveyance

20  of the real property located at 149 Fairview Avenue, Hudson, New York to McDonald's

21  Corporation or its assignee, as contemplated by the Settlement Agreement, the real property

22  located at 149 Fairview Avenue, Hudson, New York, shall not be the subject of any Motion to

23  Commence an Avoidance Action, and shall not be within the retained jurisdiction of this Court;

24  and

25  . . .

26  . . .

27  . . .

28  . . .

[10589-01/1570596_2.doc]

1      **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall

2  retain jurisdiction to enforce the Arcuri Settlement Agreement and/or Family Settlement

3  Agreement. In the event of a dispute regarding either settlement agreement, the party alleging a

4  breach may file an ex parte motion to re-open this case, together with an affidavit or declaration

5  attesting to the nature of the purported breach, and lodge an ex parte order to re-open this case.

6      **IT IS SO ORDERED.**

7  **ARMSTRONG TEASDALE LLP**                    **HOLLEY DRIGGS WALCH**
                                              **FINE WRAY PUZEY & THOMPSON**

8

9  Scott D. Fleming, Esq. (NV Bar No. 5638)     Richard F. Holley, Esq. (NV Bar No. 3077)

10  Email: sfleming@armstrongteasdale.com       Email: rholley@nevadafirm.com
    3770 Howard Hughes Parkway, Suite 200       Ogonna M. Brown, Esq. (NV Bar No. 7589)

11  Las Vegas, Nevada 89169                     Email: obrown@nevadafirm.com
    *Attorneys for Locust Hill Farms*            400 South Fourth Street, Third Floor

12  *& Development Corporation*                   Las Vegas, Nevada 89101
                                             *Attorneys for Gabriel Arcuri, Sr. (deceased);*

13                                           *Gary Arcuri, and Gage Arcuri*

14  **BLACK & LOBELLO**

15

16  Brigid M. Higgins, Esq. (NV Bar No. 5990)

17  Email: bhiggins@blacklobellowlaw.com
    10777 West Twain Avenue, Suite 300

18  Las Vegas, Nevada 89135
    *Attorneys for McDonald's Corporation*

19

20

21  Prepared and submitted by:

22  **HOLLEY DRIGGS WALCH**
    **FINE WRAY PUZEY & THOMPSON**

23

24

25  Richard F. Holley, Esq. (NV Bar No. 3077)
    Email: rholley@nevadafirm.com

26  Ogonna M. Brown, Esq. (NV Bar No. 7589)
    Email: obrown@nevadafirm.com

27  400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101

28  *Attorneys for Gabriel Arcuri, Sr. (deceased);*
    *Gary Arcuri, and Gage Arcuri*

[10589-01/1570596_2]

**RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The Court has waived the requirements set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

      Scott D. Fleming, Esq. – Approved

      Brigid M. Higgins, Esq. - Approved

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                              HOLLEY DRIGGS WALCH
                              FINE WRAY PUZEY & THOMPSON

                              Ogonna M. Brown
                              Nevada Bar No. 7589
                              400 South Street, Third Floor
                              Las Vegas, NV  89101

                       ###

[10589-01/1570596_2.doc]